IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORSYTH MEMORIAL HOSPITAL, INC. <br> 3333 Silas Creek Parkway <br> Winston-Salem, North Carolina 27103 <br><br> MEDICAL PARK HOSPITAL, INC. <br> 1950 South Hawthorne Road <br> Winston-Salem, North Carolina 27103 <br><br> and <br><br> FOUNDATION HEALTH SYSTEMS CORP. <br> D/B/A THE OAKS AT FORSYTH and <br> as successor in interest to CAROLINA <br> MEDICORP ENTERPRISES, INC. <br> D/B/A EDWIN H. MARTINAT OUTPATIENT <br>   REHABILITATION CENTER <br> 3333 Silas Creek Parkway <br> Winston-Salem, North Carolina 27103 <br><br>     Plaintiffs, <br><br>          v. <br><br> MICHAEL O. LEAVITT, as Secretary of <br> Health and Human Services, <br> 200 Independence Avenue, S.W., Room 615F <br> Washington, D.C. 20202 <br><br>     Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> CIVIL CASE NO._____ <br> * <br> * <br> * |

\* \* \*

Disclosure of Corporate Affiliations and Financial Interests Certificate
Required by LCvR 7.1 of the Local Rules of the United States District Court for the
District of Columbia

I, the undersigned counsel of record for Plaintiffs Forsyth Memorial Hospital, Inc., Medical Park Hospital, Inc., and Foundation Health Systems Corp. d/b/a The Oaks at Forsyth and as successor in interest to Carolina Medicorp Enterprise, Inc. d/b/a Edwin H. Martinat Outpatient Rehabilitation Center, certify that to the best of my knowledge

- 2 -

and belief, Plaintiffs, nonprofit entities, do not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_/s/ Harold G. Belkowitz_
Harold Belkowitz (D.C. Bar 449800)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W.
Washington, D.C. 20005-3324
(202) 408-8400
Fax: (202) 408-0640
E-mail: hgbelkowitz@ober.com

Robert E. Mazer
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Fax: (410) 547-0699
E-mail: remazer@ober.com

Counsel for Plaintiffs

Dated at Washington, D.C.
this 10th day of October, 2007