IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FORSYTH MEMORIAL HOSPITAL, INC.   *
3333 Silas Creek Parkway
Winston-Salem, North Carolina 27103   *

MEDICAL PARK HOSPITAL, INC.   *
1950 South Hawthorne Road
Winston-Salem, North Carolina 27103   *

and   *

FOUNDATION HEALTH SYSTEMS CORP.   *
D/B/A THE OAKS AT FORSYTH and
as successor in interest to CAROLINA   *
MEDICORP ENTERPRISES, INC.
D/B/A EDWIN H. MARTINAT OUTPATIENT   *
  REHABILITATION CENTER
3333 Silas Creek Parkway   *
Winston-Salem, North Carolina 27103
   *
   Plaintiffs,
   *
   v.                                                    CIVIL CASE NO. 1:07-cv-1828
   *
MICHAEL O. LEAVITT, as Secretary of
Health and Human Services,   *
200 Independence Avenue, S.W., Room 615F
Washington, D.C. 20202   *

\*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF SERVICE**

I, Max D. Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On October 12, 2007, I served the Summons; Complaint for Judicial Review of Final Adverse Agency Decision Under the Medicare Act; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled in the above entitled case on the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530, by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2007						_____

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>The Attorney General of the U.S.<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>OCT 1 6 2007<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0004 3584 3294 |

PS Form 3811, February 2004    Domestic Return Receipt    _MOB_    102595-02-M-1540