IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORSYTH MEMORIAL HOSPITAL, INC.<br>3333 Silas Creek Parkway<br>Winston-Salem, North Carolina 27103<br><br>MEDICAL PARK HOSPITAL, INC.<br>1950 South Hawthorne Road<br>Winston-Salem, North Carolina 27103<br><br>and<br><br>FOUNDATION HEALTH SYSTEMS CORP.<br>D/B/A THE OAKS AT FORSYTH and<br>as successor in interest to CAROLINA<br>MEDICORP ENTERPRISES, INC.<br>D/B/A EDWIN H. MARTINAT OUTPATIENT<br>  REHABILITATION CENTER<br>3333 Silas Creek Parkway<br>Winston-Salem, North Carolina 27103<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, as Secretary of<br>Health and Human Services,<br>200 Independence Avenue, S.W., Room 615F<br>Washington, D.C. 20202 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>CIVIL CASE NO. 1:07-cv-1828<br>*<br>*<br>* |

\* \* \* \* \* \* \*

AFFIDAVIT OF SERVICE

    I, Max D. Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On October 12, 2007, I served the Summons; Complaint for Judicial Review of Final Adverse Agency Decision Under the Medicare Act; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled in the above entitled case on Michael O. Leavitt, as Secretary of Health and Human Services, c/o Office of the General Counsel, Hubert Humphrey Building, Room #722A, 200 Independence Avenue, S.W., Washington, DC 20005, by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2007                              _____

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Laurence<br>C. Date of Delivery  10-15-07 |
| 1. Article Addressed to:<br><br>Secretary of Health & Human Svcs.<br>c/o Office of the General Counsel<br>Hubert Humphrey Bldg., Rm. 722A<br>200 Independence Ave., S.W.<br>Washington, DC 20201-3324 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)   7007 1490 0004 3584 3300 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    MDB    102595-02-M-1540