IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORSYTH MEMORIAL HOSPITAL, INC.**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) |
| v. | ) ) Case No. 1:07-cv-01828-RBW |
| **MICHAEL O. LEAVITT**, as Secretary of Health and Humans Services, | ) ) ) ) |
| **Defendant.** | ) |

## **PRAECIPE**

THE CLERK OF THIS COURT will please enter the appearance of Joel McElvain as lead counsel for the Defendant, Michael O. Leavitt, Secretary of Health and Human Services, in the above-captioned case.

-2-

Mr. McElvain's appearance is in substitution for that of Christopher B. Harwood. Mr. Harwood, by a separate filing, is withdrawing his appearance in this case. Accordingly, please direct all communication regarding this case to Mr. McElvain's address listed below.

| | |
|---|---|
| Dated: December 5, 2007 | Respectfully submitted, |
| Of Counsel: | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| DANIEL MERON<br>General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| JANICE HOFFMAN<br>Acting Associate General Counsel | /s/ Joel McElvain |
| MARK D. POLSTON.<br>Deputy Associate General<br>  Counsel for Litigation | SHEILA M. LIEBER, Deputy Director<br>JOEL McELVAIN, Attorney, D.C. Bar # 448431<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| DAVID HOSKINS<br>Attorney<br>Office of the General Counsel<br>U.S. Department of Health<br>  and Human Services | 20 Massachusetts Ave., NW, Room 7130<br>Washington, D.C. 20001<br>Telephone:  (202) 514-2988<br>Fax:  (202) 616-8202<br>Email:  Joel.L.McElvain@usdoj.gov |
| | *Attorneys for Defendant* |