IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORSYTH MEMORIAL HOSPITAL, INC.**, *et al.*, )<br>)<br>**Plaintiffs**, )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT**, as Secretary of )<br>Health and Humans Services, )<br>)<br>**Defendant.** ) | Case No. 1:07-cv-01828-RBW |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION**
**OF TIME IN WHICH TO FILE HIS ANSWER**

WHEREAS, the Defendant, Michael O. Leavitt, Secretary of Health and Human Services, is currently required to answer or to otherwise respond to the complaint in this action no later than December 14, 2007;

WHEREAS, this action involves a challenge by the Plaintiffs to a final decision of the Administrator of the Centers for Medicare and Medicaid Services;

WHEREAS, the administrative record relating to this action is voluminous, and accordingly the Defendant will require additional time to prepare the administrative record for submission to the court, as well as to prepare a responsive pleading to the complaint;

WHEREAS, the undersigned counsel for the Defendant has consulted with counsel for the Plaintiffs, Robert Mazer, Esquire, and Mr. Mazer stated that he has no objection to an extension of time of twenty-eight days, to and including January 11, 2008, for the filing of a pleading in response to the complaint;

-2-

The Defendant respectfully requests that the Court grant his motion for an extension of time, and that the Court order that the Defendant shall answer or otherwise respond to the complaint no later than January 11, 2008.

Dated: December 7, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney


  /s/ Joel McElvain
SHEILA M. LIEBER, Deputy Director
JOEL McELVAIN, Attorney, D.C. Bar # 448431
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7130
Washington, D.C. 20001
Telephone:   (202) 514-2988
Fax:               (202) 616-8202
Email:           Joel.L.McElvain@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FORSYTH MEMORIAL HOSPITAL, INC.**, *et al.*, | ) ) ) | |
| **Plaintiffs**, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-01828-RBW |
| **MICHAEL O. LEAVITT**, as Secretary of Health and Humans Services, | ) ) ) ) | |
| **Defendant.** | ) | |

### [PROPOSED] ORDER

Upon consideration of the Defendant's unopposed motion for an extension of time in which to file his answer, and good cause having been shown, it is hereby

ORDERED that the motion is granted, and that the Defendant shall answer or otherwise respond to the complaint no later than January 11, 2008.


Dated: _____, 2007            _____
                                   REGGIE B. WALTON
                                   UNITED STATES DISTRICT JUDGE

Copy To:

Joel McElvain
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7130
Washington, D.C. 20001
Attorney for Defendants

Harold G. Belkowitz
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
Attorney for Plaintiffs