IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORSYTH MEMORIAL HOSPITAL, INC.**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) |
| v. | ) )  Case No. 1:07-cv-01828-RBW |
| **MICHAEL O. LEAVITT**, as Secretary of Health and Humans Services, | ) ) ) ) |
| **Defendant.** | ) |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, through the undersigned counsel, has answered Plaintiffs' Complaint in the above-entitled case on this day of January 11, 2008.

-2-

With this notice, Defendant now files the certified administrative record, in thirteen volumes, in the above-entitled case.

| | |
|---|---|
| Dated: January 11, 2008 | Respectfully submitted, |
| Of Counsel: | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| DANIEL MERON<br>General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| JANICE HOFFMAN<br>Acting Associate General Counsel | |
| |    /s/ Joel McElvain |
| MARK D. POLSTON.<br>Deputy Associate General<br>   Counsel for Litigation | SHEILA M. LIEBER, Deputy Director<br>JOEL McELVAIN, Attorney, D.C. Bar # 448431<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| DAVID HOSKINS<br>Attorney<br>Office of the General Counsel<br>U.S. Department of Health<br>   and Human Services | 20 Massachusetts Ave., NW, Room 7130<br>Washington, D.C. 20001<br>Telephone:   (202) 514-2988<br>Fax:   (202) 616-8202<br>Email:   Joel.L.McElvain@usdoj.gov |
| | *Attorneys for Defendant* |

CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of January, 2008, I caused this document to be filed in this Court's electronic filing system, and that that filing constituted service of the document on the attorney listed below. I also hereby certify that on this 11th day of January, 2008, I have filed an original and one copy of the Administrative Record, in thirteen volumes, with the Clerk of the Court, and that I caused a copy of the Administrative Record, in thirteen volumes, to be delivered to the following counsel by Federal Express:

        Harold G. Belkowitz, Esquire
        Ober, Kaler, Grimes & Shriver
        1401 H Street, NW, Suite 500
        Washington, DC 20005

        /s/ Joel McElvain
        JOEL McELVAIN
        *Attorney*