IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORSYTH MEMORIAL HOSPITAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, as Secretary of Health and Human Services, <br><br> Defendant. | CASE NO.: 1:07-CV-1828-RBW |

STIPULATION OF AGREEMENT
TO AMENDMENT OF COMPLAINT

Plaintiffs, Forsyth Memorial Hospital, Inc., Medical Park Hospital, Inc. and Foundation Health Systems Corp. d/b/a The Oaks at Forsyth and as successor in interest to Carolina Medicorp Enterprise, Inc. d/b/a Edwin H. Martinat Outpatient Rehabilitation Center, and Defendant, Michael O. Leavitt, as Secretary of Health and Human Services, hereby stipulate to the amendment of Plaintiffs' Complaint and certain related conditions as set forth below.

Background

1. On February 7, 2008, Plaintiffs filed their motion for leave to amend complaint ("Motion to Amend"), including therewith a true and correct copy of the proposed Amended Complaint, as Exhibit A, and proposed order.

2. The Motion to Amend indicated that Defendant would oppose amendment of the Complaint on grounds of "futility."

3. Plaintiffs asserted in their Motion to Amend that amendment of the Complaint was not futile.

Legal Standard

4. The Federal Rules of Civil Procedure provide that a party may amend its pleading after a responsive pleading has been served "by leave of court or by written consent of the adverse party." Fed.R.Civ.P. 15(a).

- 2 -

Stipulation of Parties

5.    As reflected by the signature of Defendant's counsel, Defendant hereby stipulates and consents to amendment of Plaintiffs' Complaint and the Court's acceptance of the Amended Complaint included with Plaintiffs' Motion to Amend, subject to Plaintiffs' stipulation as set forth in the following paragraph.

6.    As reflected by the signature of Plaintiffs' counsel, Plaintiffs hereby stipulate and agree that Defendant's stipulation and consent is without prejudice to Defendant's position that the argument reflected in Count XV of the Amended Complaint has been waived because such argument had not been raised before the administrative agency, and is otherwise without merit.

Respectfully submitted,

*/s/ Joel McElvain by hgb with authority*
Joel McElvain, Attorney, D.C. Bar #448431
United States Department of Justice
Civil Division, Federal Programs Branch
Room 7130
20 Massachusetts Avenue, N.W.
Washington, D. C. 20001
(202) 514-2988
Fax: (202) 616-8202
E-mail: Joel.L.McElvin@usdoj.gov.

*Attorneys for Defendant*

*/s/ Harold G. Belkowitz*
Harold G. Belkowitz (D.C. Bar #449800)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W.
Washington, D.C. 20005-3324
(202) 408-8400
Fax: (202) 408-0640
E-mail: hgbelkowitz@ober.com

Robert E. Mazer
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Fax: (410) 547-0699
E-mail: remazer@ober.com

*Plaintiffs' Attorneys*

Dated at Washington, D.C.
this 22nd day of February, 2008

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 22nd day of February, 2008, I caused this document to be filed in this Court's electronic filing system, and that that filing constituted service of the document on the attorney listed below:

>Joel McElvain
>United States Department of Justice
>Civil Division, Federal Programs Branch
>Room 7130
>20 Massachusetts Avenue, N.W.
>Washington, D. C. 20001

>    */s/ Harold G. Belkowitz*
>    Harold G. Belkowitz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORSYTH MEMORIAL HOSPITAL, INC. *et al.*<br><br>    Plaintiffs,<br><br>        v.<br><br>MICHAEL O. LEAVITT, as Secretary of Health and Human Services,<br><br>    Defendant. | CASE NO.: 1:07-CV-1828-RBW |

ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend Complaint and Stipulation of Agreement to Amendment of Complaint submitted by the parties, it is hereby

ORDERED that:

The Plaintiffs' Motion for Leave to Amend Complaint is granted; Plaintiffs' Amended Complaint for Judicial Review of Final Adverse Agency Decision on Medicare Reimbursement shall be accepted for filing.

Dated:_____, 2008

_____
United States District Judge

Attorneys to be notified of entry of order:

Harold G. Belkowitz, Esquire (e-mail: hgbelkowitz@ober.com)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W.
Washington, D.C. 20005-3324

Robert E. Mazer, Esquire (e-mail: remazer@ober.com)
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202

Joel McElvain (e-mail: Joel.L.McElvain@usdoj.gov)
United States Department of Justice
Civil Division, Federal Programs Branch
Room 7130
20 Massachusetts Avenue, N.W.
Washington, D. C. 20001