UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORSYTH MEMORIAL HOSPITAL, INC., et. al, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services, <br><br> Defendant. | Civ. Action No. 07-1828 (RBW) |

**NOTICE OF WITHDRAWAL**

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Christopher B. Harwood as counsel for Defendant in the above-captioned case.

Respectfully submitted,

   /s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372