IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FORSYTH MEMORIAL HOSPITAL, INC., *
*et al.*
              *

  Plaintiffs,
              *

  v.             CASE NO.: 1:07-CV-1828-RBW
              *

MICHAEL O. LEAVITT, as Secretary of
Health and Human Services,    *

  Defendant.        *

            * * *

### JOINT WRITTEN REPORT OF PROPOSED SCHEDULING DATES

Pursuant to Fed.R.Civ.P. 16, the parties hereby state and propose as follows:

  I.  ASSIGNMENT OF MAGISTRATE

    1.  The parties do not consent to the assignment of a magistrate judge.

  II.  DISCOVERY

    2.  Rule 26(a)(1) initial disclosures are not required pursuant to LCvR 26.2(a)(1), as this matter is an action for review on an administrative record.

    3.  No discovery is required, as this matter is an action for review on an administrative record.

  III.  MOTIONS

    4.  Plaintiffs Forsyth Memorial Hospital, Inc., Medical Park Hospital, Inc., and Foundation Health Systems Corp. d/b/a The Oaks at Forsyth and as successor-in-interest to Carolina Medicorp Enterprises, Inc. d/b/a Edwin H. Martinat Outpatient Rehabilitation

- 2 -

Center's Motion for Summary Judgment, accompanied by a statement of material facts pursuant to LCvR 7(h), shall be filed on or before August 8, 2008.

      5.      Defendant Michael O. Leavitt's, as Secretary for the Department of Health and Human Services, Opposition to Plaintiffs' Motion for Summary Judgment, as well as any Cross-Motion for Summary Judgment, accompanied by a statement of material facts pursuant to LCvR 7(h), shall be filed on or before September 12, 2008.

      6.      Plaintiffs' Reply in Support of its Motion for Summary Judgment, as well as any Opposition to Defendant's Cross-Motion for Summary Judgment, shall be filed on or before October 3, 2008.

      7.      Defendant's Reply in Support of its Cross-Motion for Summary Judgment shall be filed on or before October 24, 2008.

      8.      The parties do not contemplate the filing of motions beyond those associated with their respective Motions for Summary Judgment, but agree that, to the extent other motions become necessary, all motions shall be filed no later than November 14, 2008.

      IV.      PRETRIAL CONFERENCE

      9.      The parties believe that this matter will be disposed of by summary judgment motions. In the event that the entire case is not resolved by motion, the parties request that the Court schedule a pretrial conference one month after it rules upon the parties' summary judgment motions.

V. SCHEDULING ORDER

  10. The parties file herewith a proposed Scheduling Order embodying the proposed dates as set forth above.

          Respectfully submitted,

          */s/ **Harold G. Belkowitz***
          Harold G. Belkowitz, D.C. Bar No. 449800
          Ober, Kaler, Grimes & Shriver
          A Professional Corporation
          1401 H Street, N.W.
          Washington, D.C. 20005-3324
          (202) 408-8400
          (202) 408-0640 (facsimile)
          hgbelkowitz@ober.com

          Robert E. Mazer
          Ober, Kaler, Grimes & Shriver
          A Professional Corporation
          120 East Baltimore Street
          Baltimore, Maryland 21202-1643
          (410) 685-1120
          remazer@ober.com

          *Plaintiffs' Attorneys*

          */s/ **Joel McElvain by hgb with authority***
          Joel McElvain
          United States Department of Justice
          Civil Division, Federal Programs Branch
          Room 7130
          20 Massachusetts Ave., NW
          Washington, D.C. 20001
          (202) 514-2988
          (202) 616-8202 (facsimile)
          joel.l.mcelvain@usdoj.gov

Dated at Washington, D.C.    *Defendant's Attorneys*
this 26th day of June, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FORSYTH MEMORIAL HOSPITAL, INC., *et al.* | * | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | CASE NO.: 1:07-CV-1828-RBW |
| | * | |
| MICHAEL O. LEAVITT, as Secretary of Health and Human Services, | * | |
| | | |
| Defendant. | * | |

\* \* \*

SCHEDULING ORDER

THIS MATTER having come before the Court for scheduling pursuant to Fed.R.Civ.P. 16, and upon review of the parties' Joint Written Report of Proposed Scheduling Dates, and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiffs Forsyth Memorial Hospital, Inc., Medical Park Hospital, Inc., and Foundation Health Systems Corp. d/b/a The Oaks at Forsyth and as successor-in-interest to Carolina Medicorp Enterprises, Inc. d/b/a Edwin H. Martinat Outpatient Rehabilitation Center's Motion for Summary Judgment, accompanied by a statement of material facts pursuant to LCvR 7(h), shall be filed on or before August 8, 2008.

2. Defendant Michael O. Leavitt's, as Secretary for the Department of Health and Human Services, Opposition to Plaintiffs' Motion for Summary Judgment, as well as any Cross-Motion for Summary Judgment, accompanied by a statement of material facts pursuant to LCvR 7(h), shall be filed on or before September 12, 2008.

- 2 -

    3.    Plaintiffs' Reply in Support of its Motion for Summary Judgment, as well as any Opposition to Defendant's Cross-Motion for Summary Judgment, shall be filed on or before October 3, 2008.

    4.    Defendant's Reply in Support of its Cross-Motion for Summary Judgment shall be filed on or before October 24, 2008.

    5.    All motions other than those associated with the parties' respective Motions for Summary Judgment shall be filed no later than November 14, 2008.

    6.    In the event this matter is not resolved in its entirety by the anticipated summary judgment motions, the Court shall schedule a pretrial conference one month after it rules upon the parties' summary judgment motions.

Dated: _____    _____
                                                    Judge, United States District Court
                                                    for the District of Columbia